FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERALD RUSSEL,<br><br>    Plaintiff,<br><br> v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | NO:  2:19-CV-273-RMP<br><br>ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS WITH PREJUDICE AND DENYING MOTIONS AT ECF NOS. 20 AND 55 AS MOOT |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss State Law Claims, ECF No. 56.  Having reviewed the Stipulation and the record, the Court finds good cause to GRANT dismissal of Plaintiffs' state law claims.

Additionally, Defendant "agree[d] not to contest liability in this matter with regard to the allegations that [Defendant] violated 15 U.S.C. § 1692c(a)(2), 15 U.S.C. § 1692d, and 15 U.S.C. § 1629f."  ECF No. 56 at 2.  The parties stipulate that the "sole remaining issue before the Court is Plaintiff's claimed actual damages

ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS WITH
PREJUDICE AND DENYING MOTIONS AT ECF NOS. 20 AND 55
AS MOOT ~ 1

under 15 U.S.C. § 1692k(a)(1) which are disputed by Defendant." *Id*. at 3. As Defendant has stipulated to liability and only contests damages, the instant stipulation renders Plaintiffs' Motion for Partial Summary Judgment as to Defendant's FDCPA Liability, ECF No. 20, moot. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss State Law Claims and Re FDCPA Liability, **ECF No. 56**, is **GRANTED**.

2. Plaintiff's state law claims, which include his second and third causes of action, are dismissed **with prejudice** and without fees or costs to any party.

3. The pending Motion for Partial Summary Judgment as to Defendant's FDCPA Liability, **ECF No. 20**, and Motion to Strike Declaration in Support of Partial Motion for Summary Judgment, **ECF No. 55**, are **DENIED AS MOOT**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** April 23, 2020.

<i>s/ Rosanna Malouf Peterson</i><br>
ROSANNA MALOUF PETERSON<br>
United States District Judge

ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS WITH PREJUDICE AND DENYING MOTIONS AT ECF NOS. 20 AND 55 AS MOOT ~ 2