AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2020

SEAN F. McAVOY, CLERK

GERALD RUSSELL,

    *Plaintiff*

v.

GC SERVICES LIMITED PARTNERSHIP,

    *Defendant*

Civil Action No. 2:19-CV-273-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Partial Summary Judgment, ECF No. 61, is GRANTED; Plaintiff's claim for actual damages pursuant to the FDCPA is DISMISSED WITH PREJUDICE; and Judgment is entered in favor of Defendant on Plaintiff's FDCPA claim for actual damages pursuant to Order at ECF No. 82.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for partial summary judgment.


Date: August 4, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel
    *(By) Deputy Clerk*

Angela Noel